



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

## DEAN'S CERTIFICATION PURSUANT TO LOCAL RULE 83(b)(15)

I, Sally Brown Richardson, am Interim Dean of the Tulane Law School and certify as follows: to the best of my knowledge and belief, following reasonable inquiry, Tulane Law Students Zoe Berg, Tim Brannan, Tanner Bryant, Cameron Cerf, Mia Dalton, Hannah Davis, Daniel DeGrange, Peter Ellinger, Matthew Gaar, Austin Halperin, Alicia Harris, Juliana Haynes, Kyle Mack, Kristabella Manzanilla, Alyssa McMullan, Thomas Miller, Cameron Ott, Charlotte Phillips, Olivia Quinn, Stephen Reynolds, Kathryn Schimmel, Brianna Thurman, William Veazey, Josiah Wolf and Andrea Wright are all enrolled in the **Environmental Law Clinic**, are of good moral character, possess competent legal ability and are adequately trained to perform as legal interns.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on 8/24/23

Sally Brown Richardson
Interim Dean & AD Freeman Professor of Civil Law
Tulane Law School
6329 Freret Street
New Orleans, Louisiana 70118
(504) 865-5939