EXHIBIT

B, in globo

## CLIENT'S WRITTEN CONSENT FOR APPEARANCES BY LAW STUDENTS

__ATCHAFALAYA BASINKEEPER__ hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on its behalf on any matter in which the Tulane Environmental Law Clinic represents it. __ATCHAFALAYA BASINKEEPER__ gives its consent in accordance with the Court's local rules governing law student appearances.

Date: 4-4-24

Signature: _Dean W_

Printed Name: DEAN A. WILSON

Title: EXECUTIVE DIRECTOR

Address: P.O. Box 410

Plaquemine, LA 70765

**CLIENT'S WRITTEN CONSENT FOR STUDENT PRACTITIONER TO APPEAR PURSUANT TO LOCAL RULE 83.2.13**

The Louisiana Crawfish Producers Association (LCPA) hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on LCPA's behalf in any matter in which the Tulane Environmental Law Clinic represents LCPA.

Dated: 12/27/23

*[signature]*
Avery Theriot, LCPA-West
[Position]: President

[Address]: 4584 Catahoula Hwy St. Martinville LA. 70582

# CLIENT'S WRITTEN CONSENT FOR APPEARANCES BY LAW STUDENTS

__Waterkeeper Alliance__ hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on its behalf on any matter in which the Tulane Environmental Law Clinic represents it. __Waterkeeper Alliance__ gives its consent in accordance with the Court's local rules governing law student appearances.

Date: April 9, 2024

Signature: _/s/_

Printed Name: Daniel E. Estrin

Title: General Counsel and Legal Director

Address: 180 Maiden Ln Ste. 603
New York, NY 10038

# CLIENT'S WRITTEN CONSENT FOR APPEARANCES BY LAW STUDENTS

___Healthy Gulf_____hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on its behalf on any matter in which the Tulane Environmental Law Clinic represents it. _____Healthy Gulf_____ gives its consent in accordance with the Court's local rules governing law student appearances.

Date: __4/15/24_____ Signature:_____

                                         Printed Name:_____Martha Collins__

                                         Title: ____Executive Director_____

Address:___935 Gravier St. Suite 700_____

New Orleans, LA 70112_____

# CLIENT'S WRITTEN CONSENT FOR APPEARANCES BY LAW STUDENTS

The Sierra Club hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on its behalf in any matter in which the Tulane Environmental Law Clinic represents the Sierra Club. The Sierra Club gives its consent in accordance with the Court's local rules governing law student appearances.

Dated : 2/8/2018

Printed Name: Aaron Isherwood
Sierra Club
Address:
2101 Webster Street, Suite 1300
Oakland, CA 94612

**CLIENT'S WRITTEN CONSENT FOR APPEARANCES BY LAW STUDENTS**

_Sierra Club Delta Chapter_ hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on its behalf on any matter in which the Tulane Environmental Law Clinic represents it. _Sierra Club Delta Chapter_ gives its consent in accordance with the Court's local rules governing law student appearances.

Date: 04/09/2024

Signature: _[signature]_

Printed Name: Angelle Bradford

Title: Chapter Chair

Address: P.O. Box 8619
New Orleans, LA 70182-8619